AUGUSTUS LORD, LIBELLANT AND APPELLANT, *v.* THE STEAM-BOAT ISAAC NEWTON, HER TACKLE, &c., DANIEL DREW, CLAIMANT.

THIS being a libel by the owner of the cargo on board The Hero at the time of the collision, is disposed of by the opinion in the case of the libel by the owners of the vessel. It was argued with the other case. Depends on the same evidence, and the decree must, in like manner, be reversed and the cause remanded.